ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Ecology Mir Group | ) ASBCA No.   62507 |
| | ) |
| Under Contract No.     W91364-20-P-0025 | ) |

APPEARANCE FOR THE APPELLANT:          Mr. Adham Yusupov
                                                                          CEO

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
                                                                          Army Chief Trial Attorney
                                                                          MAJ Nicholas Lucchetti, JA
                                                                          Dana J. Chase, Esq.
                                                                          Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  July 7, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62507, Appeal of Ecology Mir Group, rendered in conformance with the Board's Charter.

Dated:  July 7, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals